# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



F I L E D

JUN 1 7 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jacqueline L. Anderson )
)
)
)
) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )
) 1:10-cv-03756
DuPage Medical Group ) Judge John F. Grady JUN 1 7 2010
) Magistrate Judge Young B. Kim
)
)
)
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is _Jacqueline L. Anderson_

of the county of _Du Page_ in the state of _Illinois_ .

3.  The defendant is _DuPage Medical Group_ ,

whose street address is _430 Pennsylvania Ave._ ,

(city)_Glen Ellyn_ (county) _Du Page_ (state)_Illinois_ (ZIP)_60137_

(Defendant's telephone number) ( _630_ ) – _469-9200_

4.  The plaintiff sought employment or was employed by the defendant at (street address)

    _1800 N. Main St._

    (city)_Wheaton_ (county)_DuPage_

    (state)_Illinois_ (ZIP code)_60187_

5. The plaintiff [*check one box*]

    (a)☐       was denied employment by the defendant.

    (b)☐       was hired and is still employed by the defendant.

    (c)☒       was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.   [See Addendum, Item 1]

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a)  The defendant is not a federal governmental agency, and the plaintiff   *[check one box]*  ☐*has not*

    ☒*has*      filed a charge or charges against the

defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)      ☒  the United States Equal Employment Opportunity Commission, on or about

    (month)_May_____ (day)_19_____ (year)_2005_____.

    (ii)      ☐  the Illinois Department of Human Rights, on or about

    (month)_____ (day)_____ (year)_____.

  (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☒ YES.    ☐ NO, **but plaintiff will file a copy of the charge**

**within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received.   The

plaintiff has no reason   to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the
defendant asserting the acts of discrimination indicated in this court complaint.

☐     Yes (month)_____ (day)_____ (year) _____

☐     No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____
(day) _____ (year) _____.
Attached is a copy of the

Complaint of Employment Discrimination,

☐ YES     ☐ NO, but a copy will be filed within 14 days.

(ii)     Final Agency Decision

☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

.     (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on (month)_March_
(day)__25____ (year) _2010___ a copy of which *Notice* is attached to this
complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only
those that apply*]:

3

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

4

_____

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

    See Addendum, Item 2 _____

_____

_____

_____

_____

_____

14.    **[*AGE DISCRIMINATION ONLY*]**   Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury.  ☒ YES        ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☐    Direct the defendant to hire the plaintiff.

  (b) ☐    Direct the defendant to re-employ the plaintiff.

  (c) ☐    Direct the defendant to promote the plaintiff.

  (d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f) ☐    Direct the defendant to (specify): _____

5

_____

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Jacqueline L. Anderson*

(Plaintiff's name)

__Jacqueline L. Anderson_____

(Plaintiff's street address)

__0N453 Farwell Ave._____

_____

(City) _Wheaton_____ (State) _Illinois_____ (ZIP) _60187_____

(Plaintiff's telephone number) (630) – _653-3073_____

Date: _6/17/2010_
      ~~6/14/2010~~

## Addendum

1.  Re: Item 6:

    Beginning on or about November 5, 2004, and including March 30, 2005, June 21, 2005, and other dates.

2.  Re: Item 13:

2a.  I began my employment at Wheaton Medical Clinic, now an office location of the DuPage Medical Group, in October 1990.   I worked as a registered nurse in a variety of capacities in the clinic.   My last assignment was managing the Coumadin Clinic.

2b.  In late August, 2004, I began the process to request reasonable accommodations because of my disability.   I contacted my supervisor and the Human Resources Department, and I arranged to have a job site evaluation done, and it was completed on September 17, 2004. Over the next five months, there were many delays and missed meetings on the part of management, and a general lack of progress on my request.   In February 2005, because of 1) my request for reasonable accommodations was not met, 2) I was experiencing increasing emotional stress over the difficulty in trying to secure reasonable accommodations, and trying to do my job without those requested accommodations, I saw no other recourse than to accept the medical leave of absence that was offered to me.   During this time, the Director of Human Resources told me that DuPage Medical Group was establishing a research position, and hoped to have a position open for an assistant to that person.   She indicated that my skills, experience, and interest matched the requirements of this position, and I would certainly be considered for that position.

2c.  I began the medical leave of absence on March 28, 2005.   On March 30, 2005, I went to the office of the Director of Human Resources to discuss remaining issues regarding my leave and future employment with DuPage Medical Group.   During this meeting, she stated that she thought I would not be returning to work.

2d.  On May 19, 2005, I filed a charge of discrimination with the EEOC because of that statement

on March 30 and the absence of good faith effort to provide reasonable accommodations.

2e.    On June 21, 2005, I received a telephone call from the Director of Human Resources telling me that because of the charge I filed with EEOC, she would no longer talk to me about employment with DuPage Medical Group or anything except my Family Medical Leave of Absence or the charge I had filed..

2f.    On April 20, 2006, I filed a Charge of Retaliation with the EEOC, because I believe 1) the DuPage Medical Group retaliated against me for filing the charge of discrimination with the EEOC, and 2) I was wrongfully terminated.

(Plaintiff's signature)

_Jacqueline L Anderson_____

(Plaintiff's name)

_Jacqueline L. Anderson_____

Date: _6/14/2010_ 6/17/2010_____

8

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 210-2005-05013 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Jacqueline L. Anderson** | **(630) 653-3073** | **03-20-1948** |

| Street Address | City, State and ZIP Code |
|---|---|
| **0n453 Farwell Wheaton, IL 60187** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **DUPAGE MEDICAL GROUP** | **500 or More** | **(630) 469-9200** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1800 North Main Street,  Wheaton, IL 60187** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON  *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **11-05-2004** | **05-11-2005** |

☒ CONTINUING ACTION

THE PARTICULARS ARE  *(If additional paper is needed, attach extra sheet(s)):*

I began employment with Respondent in October 1990.  My current position is Registered Nurse.  I am a person with a disability and Respondent is aware of my disability.  Beginning on or about November 5, 2004, I requested a reasonable accommodation to assist me in performing my assigned duties. Respondent has not made a good faith effort to address my request.  I have continually requested an update on my request and have received limited responses.  On March 28, 2005, because of Respondent's failure to accommodate me, I was forced to begin a medical leave of absence.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990.

MAY 19 2005

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5/16/05 *(Date)*   *Jacqueline L. Anderson (Charging Party Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161 (11/09)

**U.S.** **JAL EMPLOYMENT OPPORTUNITY COMM** **JON**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jacqueline L. Anderson<br>0 N 453 Farwell<br>Wheaton, IL 60187<br><br>**CERTIFIED MAIL 7000 1670 0012 6744 7095** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-05013 | **Kara Mitchell,**<br>**Investigator** | **(312) 353-8791** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>**WITHIN 90 DAYS**</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P Rowe* 3/19/10

Enclosures(s)

**John P. Rowe,**
**District Director**

(Date Mailed)

cc:   **DU PAGE MEDICAL GROUP**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2006-03252 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Jacqueline L. Anderson** | Home Phone (Incl. Area Code)<br>**(630) 653-3073** | Date of Birth<br>**03-20-1948** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **0 N 453 Farwell, Wheaton, IL 60187** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**DUPAGE MEDICAL GROUP** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(630) 469-9200** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **799 Roosevelt Road, Glen Ellyn, IL 60137** | |

| Name | No. Employees. Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)* | Earliest **06-21-2005** Latest **06-21-2005**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in October 1990. My last position was Registered Nurse. I filed a charge of discrimination against Respondent (EEOC Charge #210-2005-05013) on May 19, 2005. On or about March 30, 2005, Respondent informed me they would contact me regarding potential job assignments during my medical leave of absence. On or about June 21, 2005 I was informed by Respondent they would not contact me about potential job assignments.

I believe I have been retaliated against for filing a charge of discrimination, in violation of the Americans with Disabilities Act of 1990.

APR 2 4 2006

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 4/20/06 *Date*     *Jacqueline L. Anderson* Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jacqueline L. Anderson<br>0 N 453 Farwell<br>Wheaton, IL 60187<br><br>**CERTIFIED MAIL 7000 1670 0012 6744 7095** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2006-03252 | **Kara Mitchell,**<br>**Investigator** | **(312) 353-8791** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P Rowe*                          **3/19/10**

Enclosures(s)                          **John P. Rowe,**                    *(Date Mailed)*
                                       **District Director**

cc:    **DUPAGE MEDICAL GROUP**