Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Young B. Kim | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3756 | **DATE** | December 7, 2010 |
| **CASE TITLE** | Anderson vs. DuPage Medical Group, Ltd. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation of dismissal [34] filed on December 6, 2010, this case is hereby dismissed with prejudice. The status hearing date of December 9, 2010, is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|